United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-12451-djb
Danielle M Street Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 01, 2026 Form ID: 155 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle M Street, 716 Parklane Road, Swarthmore, PA 19081-2922 |
| 15151094 | | Capitalone, Capital, 1 Attn Bankruptcy, Charlotte, NC 28201-1330 |
| 15151097 | + | Daniel Street, 716 Parklane Road, Swarthmore, PA 19081-2922 |
| 15151085 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15151092 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 02 2026 03:08:57 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15173453 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2026 03:09:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15151089 | | Email/Text: megan.harper@phila.gov | Oct 02 2026 02:54:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15151093 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 02 2026 02:55:59 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15168744 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 02 2026 03:09:47 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15151095 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 02 2026 02:56:05 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 15151091 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 02 2026 02:54:00 | Chex Systems Inc., PO Box 583399, Minneapolis, MN 55458-3399 |
| 15151090 | + | Email/Text: bankruptcy@philapark.org | Oct 02 2026 02:54:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15151096 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2026 02:56:06 | Cws/cw Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15151098 | | Email/Text: mrdiscen@discover.com | Oct 02 2026 02:53:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15151099 | | Email/Text: BNSFS@capitalsvcs.com | Oct 02 2026 02:53:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 15151082 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2026 02:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15161860 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2026 03:08:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15152457 | ^ | MEBN | Oct 02 2026 02:51:21 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA. 19106-1541 |
| 15175688 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 02 2026 02:53:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15151100 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 02 2026 02:53:00 | Loancare LLC, Attn: Bankrutptcy, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 15151101 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2026 03:09:47 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 15161871 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2026 02:55:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15167622 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 02 2026 02:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15151102 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 02 2026 02:53:00 | PNC Bank, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15151083 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2026 02:54:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15151086 | ^ | MEBN | Oct 02 2026 02:51:47 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15151088 | + | Email/Text: bankruptcy@philapark.org | Oct 02 2026 02:54:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15156867 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2026 02:53:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15151103 | | Email/Text: bncmail@w-legal.com | Oct 02 2026 02:53:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15151104 | | Email/Text: operations@tilt.com | Oct 02 2026 02:53:00 | Tilt, Attn: Bankruptcy, 9169 W State St # PMB 499, Garden City, ID 83714-1733 |
| 15151105 | + | Email/Text: operations@tilt.com | Oct 02 2026 02:53:00 | Tilt Lending/Finwise, Attn: Bankruptcy, 9169 W State St # PMB 499, Garden City, ID 83714-1733 |
| 15151087 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 02 2026 02:54:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15151106 | | Email/Text: edbknotices@ecmc.org | Oct 02 2026 02:53:00 | U.S. Department of Education, Attn: Bankruptcy, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 15151084 | ^ | MEBN | Oct 02 2026 02:51:18 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15151107 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 02 2026 02:56:06 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15151108 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 02 2026 02:56:06 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 15161591 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Oct 02 2026 02:56:05 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Danielle M Street brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

***Form 155*** (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Danielle M Street | ) | Case No. 26−12451−djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 1, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court